

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

casmith@seyfarth.com
T (212) 218-5605

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/22

**MEMO ENDORSED**

March 4, 2022

<u>VIA ECF</u>

Hon. Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Salem v. Meta Platforms, Inc. et al.
      Case No. 1:22-cv-01073-AJN-BCM

Dear Judge Moses:

We represent Defendants Meta Platforms, Inc. ("Meta"), Brian Groves and Ajaa Long in the above-captioned matter. We write regarding Defendants' deadline to respond to the First Amended Complaint.

On February 24, 2022, Plaintiff filed his First Amended Complaint. (ECF No. 7, the "FAC.") On February 28, 2022, Defendants' counsel agreed to accept service of the FAC on behalf of all Defendants in exchange for forty-five (45) days to respond to the FAC. Defendants also agreed to meet and confer with Plaintiff before filing any pre-answer motion. As such, Defendants request that their deadline to respond to the FAC be docketed as April 14, 2022. Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP


/s/ Cameron Smith


Cameron Smith


CS
cc:   All Counsel of Record (via ECF)

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> March 7, 2022

80127309v.1