UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO SALEM,

        Plaintiff,

-against-

META PLATFORMS, INC., et al.,

        Defendants.

22-CV-01073 (PGG) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (*See* Dkt. No. 9.) All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    The Court notes that this action has been referred to the Court's Alternative Dispute Resolution program of mediation. (*See* Dkt. No. 15.) In the event that mediation does not successfully resolve all of the claims at issue in this action, the parties shall file a letter, no later than **seven days after the conclusion of mediation**, informing the Court that the mediation was not successful and proposing three dates, within six weeks of the date of their letter, on which the parties are available from 10 a.m. to noon for an initial case management conference.

Dated: New York, New York
       April 26, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**