USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODRIGO SALEM,

        Plaintiff,

-against-

META PLATFORMS, INC., et al.,

        Defendant.

22-CV-1073 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties having informed the Court that they have reached a settlement in principle, all discovery and other pre-trial deadlines are stayed for 30 days. If the parties have not dismissed this action by **September 23, 2022**, they shall file a joint letter, on the docket, updating the Court on the status of settlement negotiations.

Dated: New York, New York
       August 24, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**